177 A.3d 106

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF–RESPONDENT, v. A.S.K., AND T.T., DE-FENDANTS, AND E.M.C., DEFENDANT-RESPONDENT. IN THE MATTER OF THE GUARDIANSHIP OF N.D.K., A.E.C., AND E.S.K., MINORS.

M–449 September Term 2017
079700

December 8, 2017

ORDER

It is ORDERED that the motion of A.E.C. to strike is denied.